**Orange County Sheriffs Office**
**Return of Service**

| | |
|---|---|
| PROCESS RECEIVED: | 3/28/2014 5:25:05 PM |
| RETURN DAYS: | 21 |
| RETURN DATE: | |
| SHOW CAUSE DATE: | |
| WRIT #: | 916419 - |
| CIV-OOC SUMMONS | |
| SERVE TO: | GOODMAN & STERN LLC C/O JAMAR CHRISTIAN |
| HOME ADDRESS: | REG AGENT |
| BUSINESS ADDRESS: | 7751 KINGSPOINTE PKWY SUITE 107 ORLANDO, FL 32819 |
| MAIL TO: | MAX HUNTER STORY, P.A. 328 2ND AVE N SUITE 100 JACKSONVILLE BEACH, FL 32250 |
| SERVICE INFORMATION: | (407) 836-4570 (9AM - 1PM) |
| PLAINTIFF: | CARMELITA SANTIAGO |
| DEFENDANT: | GOODMAN & STERN LLC & JAMAR CHRISTIAN |
| TOTAL AMOUNT DUE: | $ 0.00      Daily Interest:   $ 0.00 |

| | |
|---|---|
| CASE: | 614CV394ORL36GJK |
| COURT: | |
| COUNTY: | US DISTRICT COURT |
| | ***** DO NOT POST |
| SERVER: | CO46 |
| ENTERED BY: | LV |
| FEE CODE: | 23 |
| Fee/Xfee: | $ 40.00 |
| WITNESS FEE: | $ 0.00 |
| OVERPAYMENT: | $ 0.00 |
| LEVY DEPOSIT: | $ 0.00 |

SERVED THIS PROCESS AT 2:40p, ON 4/1/14 IN ORANGE COUNTY, FLORIDA, BY:

☐ INDIVIDUAL SERVICE: By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

☐ SUBSTITUTE SERVICE: By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit:

_____ Name       _____ Relationship

☒ CORPORATE SERVICE: By delivering a true copy of this process, with any attachments provided, to:

Jamar Christian   Name       RA   Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

☐ POSTED SERVICE: By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

☐ OTHER: By delivering a true copy of this process, with any attachments provided, to

_____ , as _____ .

☐ NON-SERVICE: And hereby return same unserved on: _____ (date) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida, or for reasons specified below:

EXPLANATION:

**SERVICE ATTEMPTS**

| Date/Time | |
|---|---|
| 4/1/14 | 2:40p |
| | |
| | |
| | |

RECEIVED BY

**SHERIFF OF ORANGE COUNTY, FLORIDA**

OFFICER       ID#  C46

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| CARMELITA SANTIAGO,<br><br>*Plaintiff*<br>v.<br>GOODMAN AND STERN, LLC<br>and JAMAR CHRISTIAN,<br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  6:14-CV-394-ORL-36GJK<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GOODMAN and STERN, LLC
C/o JAMAR CHRISTIAN, Registered Agent
7751 Kingspointe Parkway, Suite 107
Orlando, FL  32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MAX STORY, P.A.
Max Story, Esquire
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March, 13, 14                              _____
                                                  *Signature of Clerk or Deputy Clerk*