UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CARMELITA SANTIAGO,**

    **Plaintiff,**

**v.**            **Case No: 6:14-cv-394-Orl-36GJK**

**GOODMAN AND STERN, LLC and**
**JAMAR CHRISTIAN,**

    **Defendants.**
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **JAMAR CHRISTIAN** in Orlando, Florida on the 14th day of May, 2014.

            SHERYL L. LOESCH, CLERK

            s/M. Pleicones, Deputy Clerk

Copies furnished to:

Counsel of Record